**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-1106**

———————

SYLVIA CARAVETTA,

            Plaintiff - Appellant,

      v.

JAMES RIVER INSURANCE COMPANY,

            Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (1:11-cv-00540-JCC-JFA)

———————

Submitted: October 11, 2012        Decided: October 15, 2012

———————

Before KING, DUNCAN, and DIAZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Sylvia Caravetta, Appellant Pro Se.   Cynthia Lee Santoni,
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP, McLean,
Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sylvia Caravetta appeals the district court's order dismissing her civil complaint against James River Insurance Company. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Caravetta v. James River Ins. Co., No. 1:11-cv-00540-JCC-JFA (E.D. Va. Dec. 21, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED